Sheehan & Associates, P.C. 60 Cuttermill Rd Ste 409, Great Neck NY 11021-3104
spencer@spencersheehan.com    tel. (516) 268-7080    fax (516) 234-7800

June 1, 2021

District Judge Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas St
White Plains, NY 10601-4150

Re:  7:20-cv-08467-PMH
     Klausner v. Annie's Inc.

Dear District Judge Halpern:

> Application granted. Plaintiff shall serve its opposition on Defendant by June 8, 2021; Defendant shall serve its reply on Plaintiff by June 22, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 19.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        June 2, 2021

This office represents the plaintiff. Plaintiff's opposition to defendant's Motion to Dismiss the First Amended Complaint ("FAC") is to be served by June 1, 2021. This morning, the undersigned requested of defendant's counsel an extension of seven days to serve its opposition, until June 8, 2021. Defendant consented to this request and asked that any extension granted to plaintiff provide a corresponding extension for its reply. Defendant's reply was due to be served on June 15, 2021. Plaintiff requests that the Court adjust the briefing schedule to permit plaintiff until June 8, 2021, to serve its opposition, and that defendant's reply be served on or before June 22, 2021.

There has been no previous request by plaintiff for an extension to serve its opposition. No previous request was granted or denied. This request is not submitted at least 48 hours prior to the date sought to be extended. However, the undersigned had dental treatment today and expected it would be difficult to complete the opposition. Unfortunately, this expectation was correct. Plaintiff's request for an extension to serve its opposition, and the corresponding extension of defendant's reply date, does not affects any other scheduled dates. Thank you.

Respectfully submitted,

/s/Spencer Sheehan

Certificate of Service

I certify that on June 1, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan