UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JESSICA KLAUSNER, individually and on behalf
of all others similarly situated,

                Plaintiff,                      20 **CIVIL** 8467 (PMH)

      -against-                         **JUDGMENT**

ANNIE'S, INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 24, 2022, the Court GRANTS Defendant's motion to dismiss Plaintiff's Amended Complaint with prejudice. In light of this decision, the oral argument previously scheduled for February 28, 2022 at 3:00 p.m. is hereby canceled; accordingly, this case is closed.

**Dated:** New York, New York
        January 26, 2022

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        Clerk of Court
                               **BY:**
                                                         Deputy Clerk